IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSUE DAVID SEGARRA QUIZHPI | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| WARDEN FDC JL JAMISON, et al. | : | NO. 26-8560 |

ORDER

AND NOW, this 13th day of November 2026, based on the undisputed facts and for the reasons stated in Adan Araujo v. Officer in Charge ICE, No. 26-cv-6974, 2026 WL 3206909 (E.D. Pa. Oct. 26, 2026) and Lopez-Abello v. Jamison, No. 26-cv-6752, 2026 WL 2981935 (E.D. Pa. Oct. 5, 2026) it is hereby ORDERED that:

(1) the Petition for Writ of Habeas Corpus by Josue David Segarra Quizhpi is GRANTED;

(2) Josue David Segarra Quizhpi is not subject to detention under 8 U.S.C. § 1226(a).

(3) The Government shall RELEASE Josue David Segarra Quizhpi from custody immediately and shall certify compliance with this Order by filing said certification on the docket no later than 2:00 P.M. EST on November 14, 2026;

(4) Upon his release, the Government is required to return any personal property of Josue David Segarra Quizhpi, including his identification documents, and any other belonging that he had on his possession when detained;

(5) The Government is temporarily enjoined from re-detaining Josue David Segarra Quizhpi for seven days following his release from custody;

(6) If the Government chooses to pursue re-detention of Josue David Segarra Quizhpi after that seven-day period, it must first provide him with a bond hearing under 8 U.S.C. § 1226(a), at which a neutral immigration judge shall determine whether detention is warranted pending the resolution of his removal proceedings; AND

(7) The clerk of Court shall mark this case CLOSED.

BY THE COURT:

/s/ Harvey Bartle III
J.